USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MAURILA GERVACIO DE LOS ANGELES,

                    Plaintiff,

     -against-

WASHLAND LLC (D/B/A WASHLAND),
JOSEPH WALTER GIAIMO, and PATRICIA
MILLER,

                    Defendants.

-----------------------------------------------------------------X

24-CV-5749 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on August 30, 2024, Plaintiff filed an Amended Complaint, *see* Dkt. 11;

WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading; and

WHEREAS Plaintiff did not file a redlined version of her amended pleading, *see* Dkt. 11.

IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint by no later than **September 10, 2024**.

**SO ORDERED.**

Date: September 3, 2024
      New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**