```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MAURILA GERVACIO, *individually and on* :
*behalf of others similarly situated*, :
:
                         Plaintiff, :     24-CV-5749 (VEC)
:
             -against- :     ORDER
:
WASHLAND LLC, JOSEPH GIAIMO & :
PATRICIA MILLER, :
:
                        Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on July 30, 2024, *see* Dkt. 1;

    WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 18–20; and

    WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Amended Complaint by the October 4, 2024 deadline, *see* Fed. R. Civ. P. 12(a)(1).

    IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the Undersigned's Individual Practices in Civil Cases by not later than **November 21, 2024**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: October 31, 2024
       New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**