```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAURILA GERVACIO, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

WASHLAND LLC, JOSEPH GIAIMO & PATRICIA MILLER,

                Defendants.
-------------------------------------------------------------- X

24-CV-5749 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court ordered Plaintiff to move for default judgment, consistent with the procedures described in Attachment A to the Undersigned's Individual Practices in Civil Cases by not later than November 21, 2024, *see* Dkt. 21;

WHEREAS on November 4, 2024, Plaintiff filed an affirmation, along with proposed clerk's certificates of default for each Defendant, *see* Dkts. 26–29; and

WHEREAS Plaintiff did not adhere to the procedures set out in Attachment A, as Plaintiff failed to file a proposed order to show cause and a proposed default judgment.

IT IS HEREBY ORDERED that Plaintiff must file a proposed order to show cause and a proposed default judgment by no later than November 15, 2024, if Plaintiff intends to move for default judgment. If Plaintiff fails to do so, this case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: November 6, 2024
      New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**