USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
MAURILA GERVACIO, *individually and on*  :
*behalf of others similarly situated*,            :
                                                  :
                                  Plaintiff,   :       24-CV-5749 (VEC)
                                                 :
               -against-              :       <u>ORDER</u>
                                                 :
WASHLAND LLC, JOSEPH GIAIMO &        :
PATRICIA MILLER,                            :
                                                 :
                                Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court held a show cause hearing (the "hearing") regarding Plaintiff's motion for default judgment on January 17, 2025;

      WHEREAS Defendants failed to appear at the hearing; and

      WHEREAS the Undersigned did not enter the default judgment due to various issues regarding Plaintiff's damages calculation.

      IT IS HEREBY ORDERED that by **January 31, 2025,** Plaintiff must resubmit her damages calculation removing the damages for statutory violations for the reasons stated at the hearing and must also submit an affidavit from the individual who translated Plaintiff's affidavit into Spanish for the Plaintiff.

      IT IS FURTHER ORDERED that Plaintiff must serve his revised damages calculation and the affidavit from the interpreter on Defendants and file proof of service on ECF by **January 29, 2025**.

**SO ORDERED.**

Date: January 17, 2025
New York, NY

                                                 _____
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**