USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURILIA GERVACIO DE LOS ANGELES, *individually and on behalf of others similarly situated,* <br><br>                                  Plaintiff, <br><br>      -against- <br><br> WASHLAND LLC. (D/B/A WASHLAND), JOSEPH WALTER GIAIMO, and PATRICIA MILLER, <br><br>                                  Defendants. | 24-cv-05749-VEC <br><br> ORDER |

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff Maurilia Gervacio De Los Angeles ("Plaintiff") sought an order, pursuant to Federal Rules of Civil Procedure 55(b)(2) and Rule 55.2(c) of the Local Civil Rules for the United States District Court for the Southern District of New York, entering a default judgment against Defendants Washland LLC, Joseph Walter Giaimo, and Patricia Miller ("Defendants"), Dkt. 36;

      WHEREAS Defendants were ordered to show cause at a hearing on December 20, 2024, why a default judgment should not be entered against them, Dkt. 37;

      WHEREAS Defendants' attorney, David Moss, appeared and requested a 30-day adjournment on December 17, 2024, Dkts. 39-40;

      WHEREAS the Court granted the request and rescheduled the show cause hearing to January 17, 2025, Dkts. 41-42;

      WHEREAS the Court held the show cause hearing as scheduled on January 17, 2025;

      WHEREAS Defendants failed to appear at the hearing on January 17, 2025;

WHEREAS a default judgment was entered in favor of Plaintiff against all Defendants jointly and severally, under the FLSA and NYLL for unpaid overtime, Dkt. 46;

WHEREAS Plaintiff was awarded damages in the amount of $60,489.75, Dkt. 46;

WHEREAS two of the Defendants, Jospeh Walter Giaimo and Washland LLC, filed an Emergency Motion for an Order to Show Cause to Vacate the Default Judgment and Stay Enforcement of the Judgment Pending the Outcome, Dkt. 49, and supporting documents, Dkts. 50-52; and

WHEREAS Mr. Moss alleges that he did not receive email notifications regarding the disposition of his request for an extension, nor any notice of entry of judgment, Dkts. 50-52.

IT IS HEREBY ORDERED that Plaintiff must respond to Defendants' motion at Dkt. 49 by **no later than the close of business on September 19, 2025**.

IT IS FURTHER ORDERED that all the parties shall appear for a conference on **Wednesday, September 24, 2025, at 2:00 P.M.**, in Courtroom 20C of Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: **September 17, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**