UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAURILIA GERVACIO DE LOS ANGELES,
*individually and on behalf of others similarly situated,*

                    *Plaintiff,*

      -against-

WASHLAND LLC. (D/B/A WASHLAND),
JOSEPH WALTER GIAIMO, and PATRICIA
LOUISE RICKETTS,
         *Defendants.*
-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/20/2026

Civil Action No. 1:24-cv-05749-VEC

JUDGMENT

## JUDGMENT

On January 19, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MAURILIA GERVACIO DE LOS ANGELES, has judgment against WASHLAND LLC. (D/B/A WASHLAND), JOSEPH WALTER GIAIMO, and PATRICIA LOUISE RICKETTS, jointly and severally, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of the Court is respectfully directed to close this case.

 

_____
       VALERIE CAPRONI
       U.S. DISTRICT JUDGE

Dated:  January 20, 2026